AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

**FILED**

**April 27, 2021**

KAREN MITCHELL

CLERK, U.S. DISTRICT COURT

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| | ) | Case No.  2:21-MJ-60 |
| | ) | |
| William Davis | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 26, 2021 - April 23, 2021___ in the county of _____Potter_____ in the

___Northern___ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2250 | Failure to Register as a Sex Offender |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew E. Clay, Deputy U.S. Marshal
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means)

Date: ___4/27/2021___

_____
*Judge's signature*

City and state: _____Amarillo, Texas_____

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

No. 2:21-MJ-60

Affiant, Matthew E. Clay, being duly sworn, do hereby depose and state that:

On April 1, 2021, the U.S. Marshals Service (USMS), Amarillo Division, began in investigation to determine if William DAVIS, a convicted sex offender, had a duty to register as such, under the Sex Offender Registration and Notification Act (SORNA), in the State of Texas, for his past conviction of Aggravated Sexual Assault of a Child, T.P.C. 22.021(a)(2)(B), Case Number 36472C, on April 7, 1997 in Potter County, Texas. And if so, did DAVIS violate any federal laws covered under Title 18 U.S.C., Section 2250.

On March 30, 2021, the Amarillo Police Department received an anonymous tip that William DAVIS was seen at 2805 Palm Street, Amarillo, Texas. The caller wished to remain anonymous for fear for his or her safety.

On April 2, 2021, the USMS obtained copies of a hotel bill from the Rest Inn, located at 2915 I-40 East, Amarillo, Texas, registered and paid for under the name of William DAVIS, dated March 26, 2021 as the check in date and March 29, 2021 as the check out date. Additionally, the hotel bill had a photocopy of DAVIS' Missouri driver's license attached to it.

On April 3, 2021, the USMS, received confirmation from the Greyhound Bus Company that William DAVIS traveled in interstate commerce via a Greyhound bus from Joplin, Missouri to Amarillo, Texas on March 26, 2021.

On April 23, 2021, the USMS was notified by the Amarillo Police Department that William DAVIS was located in the front yard of his parent's house, located at 2805 Palm Street, Amarillo, Texas, where he was arrested for the state charge of Failure to Register. At the time of this arrest, DAVIS appeared to be in the need of medical attention, so he was transported to the emergency room at Northwest Hospital for an evaluation. While DAVIS was being seen at the emergency room, the USMS conducted in interview with DAVIS. The USMS advised DAVIS of his constitutional rights, which DAVIS agreed to waive and answer questions without an attorney present. During this interview, DAVIS admitted to traveling in interstate commerce from the State of Missouri to the State of Texas and that he did not register in the State of Texas within 3 days after his arrival.

On April 23, 2021, the USMS, Amarillo Division, concluded its investigation into possible violations of Title 18 U.S.C., Section 2250, by William DAVIS, and determined that DAVIS does have a duty to register under SORNA for Life, for his original conviction of Aggravated Sexual Assault of a Child. Next, DAVIS traveled in interstate commerce from Missouri to Texas and failed to notify, in person, any jurisdiction in Missouri, 3 days prior to his travel to Texas and failed to register, in person, in any jurisdiction in Texas, 3 days after his arrival.

In closing, the USMS, Amarillo Division, believes that DAVIS has violated Title 18 U.S.C., Section 2250(a), by traveling in interstate commerce, when he, as a convicted sex offender, with a duty to register as such under SORNA, moved from the State of Missouri to the State of Texas and failed to register in any jurisdiction in the State of Texas, within 3 days after

his arrival and by failing to notifying any jurisdiction in the State of Missouri, within 3 days prior to his departure from Montana.

_____
Matthew E. Clay, Deputy U.S. Marshal
U.S. Marshals Service, Amarillo Division

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

4/27/2021                                     at     Amarillo, Texas
_____                          _____
Date                                                City and State

Lee Ann Reno U.S. Magistrate Judge                  _____
Name and Title of Judicial Officer                  Signature of Judicial Officer

/s/ Anna Marie Bell
Anna Marie Bell
Assistant U.S. Attorney