# UNITED STATES DISTRICT COURT
### for
### NORTHERN DISTRICT OF TEXAS

## Request for Modifying the Conditions or Term of Supervision
## With Consent of the Person Under Supervision
*(Probation Form 49, Waiver of Hearing is Attached)*

Person Under Supervision: William Davis      Case No.: 2:21-CR-032-Z(01)

Name of Sentencing Judge: U.S. District Judge Matthew J. Kacsmaryk

Date of Original Sentence: January 11, 2022

Original Offense: Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a), a Class C Felony

Original Sentence: 16 months custody as to Count One, 5-year term of supervised release

Revocations: 9 months custody, 5-year term of supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: Pending Release: May 17, 2026

Assistant U.S. Attorney: Anna Marie Bell    Defense Attorney: Eric Coats
(Court appointed)

## Petitioning The Court As Follows:

To modify the conditions of supervision as follows: The court may modify, reduce, or enlarge the conditions of probation or supervised release at any time prior to the expiration of the term of supervision. 18 U.S.C. §§ 3563(c) and 3583(e)(2). Any modification of the term of supervised release should be based on an *individualized assessment* of the appropriateness of existing conditions. USSG §5D1.4(a).

Additionally, pursuant to USSG §5D1.4, comment. (n.2), when determining whether to modify any condition of supervised release that would be relevant to a victim, the court is encouraged, in coordination with the government, to ensure that any victim of the offense is reasonably, accurately, and timely notified, and provided, to the extent practicable, with an opportunity to be reasonably heard, unless any such victim previously requested not to be notified. Paragraph 11 of the Presentence Report did not identify a victim, other than society at large.

To add to the conditions of supervision with the consent of the person under supervision as follows:

The defendant shall reside in the residential re-entry center and successfully participate in the residential re-entry center program located at Dismas Charities, Inc., 709 49th Street, Lubbock, Texas 79404, for a period of no more than 180 days, to be released at the direction of the probation officer. While there, the defendant will participate in its community corrections component. Passes to assist the defendant in completing the programs and/or re-entering the community may be issued with the approval of the probation officer and/or the program review team.

12B (revised 2/11/2020)                                                   Page 1 of 3

William Davis
Request for Modifying the Conditions or Term of Supervision

## Cause

William Davis is pending release from the Federal Bureau of Prisons on May 17, 2026. Mr. Davis had a stroke and has limited memory and was unable to provide a release plan. He has no options to reside with family due not having any contact with his family. Furthermore, there are no options for local homeless shelters in Amarillo, Texas, which can accommodate Mr. Davis. He is requesting to reside in the residential re-entry center, Dismas Charities, in Lubbock, Texas, upon his release to allow him to continue to develop and evaluate residency options. Furthermore, this placement will provide him the opportunity to secure employment and income to establish his own residence.

It is respectfully recommended the defendant's conditions of supervised release be modified as requested. The defendant has agreed to the modification and signed the Waiver of Hearing form, which is attached for Your Honor's review.

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on May 7, 2026
Respectfully submitted,

Juan Lopez
Amarillo Division
Phone: (806) 337-1754
Email: juan_lopez@txnp.uscourts.gov

Approved,

Gema Delgado Reyes
Supervising U.S. Probation Officer
Phone: (806) 474-3326

---

**Order of the Court:**

☐ No Action

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other or Additional:

☐ File under seal until further order of the Court.

_____
The Honorable Matthew J. Kacsmaryk
U.S. District Judge

_5/8/26_____
Date

JL

*Attachment

PROB 49

# UNITED STATES DISTRICT COURT
### for
### NORTHERN DISTRICT OF TEXAS

## Waiver of Hearing to Modify Conditions of Supervised Release or Extend Term of Supervision

United States of America

v.                                                           Case No.:  2:21-CR-032-Z(01)

William Davis


I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

The defendant shall reside in the residential re-entry center and successfully participate in the residential re-entry center program located at Dismas Charities, Inc., 709 49th Street, Lubbock, Texas 79404, for a period of no more than 180 days, to be released at the direction of the probation officer. While there, the defendant will participate in its community corrections component. Passes to assist the defendant in completing the programs and/or re-entering the community may be issued with the approval of the probation officer and/or the program review team.


Witness: _____          Signed: _____
Daniel Hinojos                                         William Davis
BOP Case Manager                                    Supervised Releasee

Date: May 7, 2026