IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

WILLIAM DAVIS

No. 2:21-CR-032-Z(01)
ECF

## MOTION TO REVOKE SUPERVISED RELEASE

The United States of America, by and through the United States Attorney for the Northern District of Texas, files this Motion to Revoke Supervised Release of William Davis, in support of which the United States shows as follows:

On January 11, 2022, Willaim Davis, defendant, was sentenced by United States District Judge Matthew J. Kacsmaryk, to a term of incarceration of 16 months, to be followed by a term of supervised release of 5 years, with conditions, upon his conviction of Failure to Register as a Sex Offender, in violation of 18 U.S.C. § 2250(a). Davis began serving his current term of supervised release on June 10, 2022.

I.

Conditions of the Defendant's supervised release provide:

**Violation of Standard Condition No. 1:** The defendant shall report to the probation office in the federal judicial district where he or she is authorized to reside within 72 hours of release from imprisonment, unless the probation officer instructs the defendant to report to a different probation officer or within a

different time frame.

**Violation of Standard Condition No. 5:** The defendant shall live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about his or her living arrangements (such as people the defendant lives with), the defendant shall notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change.

## II.

Defendant **Davis** violated these conditions in that:

1. Davis was released from incarceration in Randall County, Texas on or about June 10, 2022.  Following his release, Davis failed to report to the U.S. Probation to begin his term of supervised release.

## III.

The United States respectfully asks that this Honorable Court revoke the defendant's supervised release and order him to the custody of the Attorney General to serve a sentence as determined by the Court in accordance with the law.  Further, the United States request that the defendant be detained pending his final revocation hearing.

**William Davis**
**Government's Motion to Revoke Supervised Release - Page  2**

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

/s/ Anna Marie Bell
ANNA MARIE BELL
Assistant United States Attorney
New Mexico Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone: 806-324-2356
Facsimile: 806-324-2399
E-mail: anna.bell@usdoj.gov